Certificate Number: 14912-ILN-DE-032137849

Bankruptcy Case Number: 18-33707



14912-ILN-DE-032137849

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 9, 2019, at 10:56 o'clock PM EST, Eduardo Ramirez completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Illinois.

Date: January 9, 2019

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor